AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

**FILED**
U.S. DISTRICT COURT
AUGUSTA DIV.

**2015 MAY 27  AM 8: 30**

CLERK C. Adams
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT

for the

### Southern District of Georgia
### Statesboro Division

| United States of America | ) |
| :-- | :-- |
| v. | ) |
| | ) |
| Jason Thorne | ) |
| | ) |

Case No: 6:07CR00032-3

USM No: 13569-021

Date of Original Judgment:  December 10, 2008

Date of Previous Amended Judgment: _____

Ronald W. Hallman

Defendant's Attorney

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  220  months **is reduced to**  188 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   December 10, 2008   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  5/27/15

*Judge's signature*

Effective Date:  November 1, 2015

*(if different from order date)*

Dudley H. Bowen, Jr.

United States District Judge

*Printed name and title*